FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BING QUON KING,<br><br>　　　　Petitioner,<br><br>vs.<br><br>PETER D. KEISLER, et al.,<br><br>　　　　Respondents. | Case No. CV 07-4139-TJH (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Petition as moot.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order, the Magistrate Judge's Report and Recommendation, and the
3  Judgment herein on petitioner and counsel for respondent.
4
5  DATED: 1/18/08
6
7
8                                            TERRY J. HATTER, JR.
                                             United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28