FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

BING QUON KING,

    Petitioner,

vs.

PETER D. KEISLER, et al.,

    Respondents.

Case No. CV 07-4139-TJH (JWJ)

JUDGMENT

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 1/18/08

TERRY J. HATTER, JR.
United States District Judge